**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHELDON JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-00404-MCA-JBC |
| | ) |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC; EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC.; and WEBBANK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Sheldon Jackson

("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") **ONLY**, through

their respective undersigned counsel, that all of Plaintiff's claims against Experian **ONLY** shall

be dismissed with prejudice, on their merits and in their entirety, and without any award of costs,

disbursements, or attorneys' fees to either Plaintiff or Defendant.

Dated:  June 12, 2023                    Respectfully submitted,

                                         */s/ Daniel Zemel*
                                         Daniel Zemel, Esq.
                                         Zemel Law LLC
                                         660 Broadway
                                         Paterson, NJ  07514
                                         T:  (862) 227-3106
                                         F:  (973) 525-2552
                                         dz@zemellawllc.com

                                         *Counsel for Plaintiff*
                                         *Sheldon Jackson*

Dated:  June 12, 2023                    Respectfully submitted,


                                         */s/ Jacqueline E. Esposito*
                                         Jacqueline E. Esposito, Esq.
                                         50 Tice Boulevard, Suite 380
                                         Woodcliff Lake, NJ  07677
                                         T:  (201) 391-3737
                                         F:  (201) 391-9360
                                         jesposito@pricemeese.com

                                         *Counsel for Defendant*
                                         *Experian Information Solutions, Inc.*