UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| Sheldon Jackson,<br><br>        Plaintiff,<br>vs.<br><br>Equifax Information Services, LLC., et al.,<br><br>        Defendants. | Case No.: 2:23-cv-00404-MCA-JBC<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

    NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

    RESPECTFULLY SUBMITTED this 15th day of June 2023.

                                                            By: /s/ Nicholas Linker
                                                            Nicholas Linker, Esq.
                                                             660 Broadway
                                                              Paterson, New Jersey 07504
                                                              Telephone: (862) 227-3106
                                                              Fax: (862) 204-5901
                                                              nl@zemellawllc.com
                                                              *Attorney for Plaintiff,*
                                                              *Sheldon Jackson*

<u>PROOF OF SERVICE</u>

      I, Nicholas Linker, hereby state that on June 15, 2023, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

<u>*/s/ Nicholas Linker*</u>