IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| Sheldon Jackson,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.<br><br>Defendant. | Case No.: 2:23-cv-00404 |

**STIPULATION OF DISMISSAL
AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH
PREJUDICE AND WITHOUT COSTS**

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Equifax Information Services, LLC., with prejudice and without attorney's fees or costs to either party.

Respectfully submitted,

By: /s/ Daniel Zemel
Daniel Zemel, Esq.
1373 Broad St, Ste. 203-C
Clifton, New Jersey 07013
Telephone: (862) 227-3106
Fax: (862) 204-5901
dz@zemellawllc.com
*Attorney for Plaintiff,
Sheldon Jackson*

By: /s/ Boris Brownstein
Boris Brownstein
Clark Hill PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
609-785-2923
Fax: 609-785-2999
Email: bbrownstein@clarkhill.com
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Daniel Zemel*

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| Sheldon Jackson,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.<br><br>Defendant. | Case No.: 2:23-cv-00404 |

# ORDER OF DISMISSAL
# WITH PREJUDICE AS TO DEFENDANT THE EQUIFAX INFORMATION SERVICES, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Equifax Information Services, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____           _____
                                Judge of United States District Court